IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ALTON CHARLES MAY, | ) | |
|     Petitioner, | ) | Civil Action No. 7:16cv00184 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| UNITED STATES OF AMERICA, | ) | United States District Judge |
|     Respondent. | ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that May's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice and this action is STRICKEN from the active docket of the court.

The Clerk is directed to provide a copy of this order and the memorandum opinion to Mr. May, petitioner.

Entered: May 20, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge